S. LANE TUCKER
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>THURMAN REED,<br><br>              Defendant. | No. 3:24-cr-00096-SLG-MMS<br><br>COUNTS 1–4:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C)<br><br>COUNT 5:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C)<br><br>COUNT 6:<br>POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>  Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 7:<br>FELON IN POSSESSION OF A FIREARM AND AMMUNITION<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

| | ENHANCED STATUTORY PENALTIES ALLEGATION: 21 U.S.C. § 841(b) |
| --- | --- |
| | CRIMINAL FORFEITURE ALLEGATION 1: 21 U.S.C. § 853 and Rule 32.2(a) |
| | CRIMINAL FORFEITURE ALLEGATION 2: 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about February 28, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of para-flourofentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl) and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about March 6, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

//

## COUNT 3

On or about March 13, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 4

On or about May 1, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly and intentionally distribute 50 grams or more of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

## COUNT 5

On or about May 28, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 50 grams or more of methamphetamine, 100 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl), 100 grams or more of a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of cocaine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C).

//

//

//

## COUNT 6

On or about May 28, 2024, within the District of Alaska, the defendant, THURMAN REED, did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count 5 of this Indictment, to wit: a Glock 17 9mm pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT 7

On or about May 28, 2024, within the District of Alaska, the defendant, THURMAN REED, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Glock 17 9mm pistol, and all associated ammunition.

### Convictions

| Conviction Date | Offense | Court | Case No |
| --- | --- | --- | --- |
| April 10, 2020 | Misconduct Involving Weapons in the Third Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-19-08506CR |
| September 22, 2014 | Misconduct Involving Controlled Substance in the Third Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-13-05289CR |
| September 22, 2014 | Misconduct Involving Weapons in the Third Degree | State of Alaska, Superior Court, Third Judicial District | 3AN-13-05289CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

//

//

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, THURMAN REED, committed the offenses charged in Counts 1 through 5 of this Indictment, he had a final conviction for a serious drug felony, to wit:

- Misconduct Involving a Controlled Substance in the Third Degree, AS11.71.030(A)(1), in the Superior Court for the Municipality of Anchorage, Alaska, case number 3AN-13-05289CR,

for which he served a term of imprisonment of more than 12 months and for which his release from such term of imprisonment was within 15 years of the commencement of the offenses charged in Counts 1 through 5.

## CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Count 5 of this Indictment, the defendant, THURMAN REED, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to:

1. Approximately $50,000.00 in U.S. currency seized on May 28, 2024;
2. A Glock 17 9mm pistol, serial number ZHY193; and
3. Any associated magazines, ammunition, and accessories.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

Upon conviction of Counts 6 through 7 of this Indictment, the defendant, THURMAN REED, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) any firearms and associated ammunition and parts involved in and used in the knowing violation of the offense, including but not limited to:

1. A Glock 17 9mm pistol, serial number ZHY193; and
2. Any associated magazines, ammunition, and accessories.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Ainsley McNerney
AINSLEY MCNERNEY
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney
United States of America

DATE: August 20, 2024